# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GUILLERMO FERRER,** | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 3:18-2057 |
| **CO1 POTTAGE, et al.,** | : (Judge Mannion) |
| Defendants | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion for summary judgment (Doc. 16) is **GRANTED**. Judgment is hereby entered in favor of all Defendants and against the Plaintiff.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: September 30, 2019**
18-2057-01-ORDER